IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

FEB 1 1 1997

DISTRICT COURT
WESTERN DISTRICT OF TEXAS

DEPUTY CLERK

REBECCA GARCIA, Individually    §
and as Next Friend of           §
STEPHANIE RENEE GARCIA,         §        CIVIL ACTION
a Minor, et al.                 §        NO. SA 96 CA 1079
                                §
VS.                             §
                                §
CONOCO, INC., et al.            §

### STIPULATED ORDER OF DISMISSAL OF CLAIMS
### AGAINST SAUDER INTERNATIONAL, INC.

IT IS HEREBY STIPULATED, by and between counsel for Plaintiffs, and counsel for Sauder International, Inc., (hereinafter referred to as "Sauder"), subject to the approval of the Court, as follows:

1.    All claims presented in the complaint against Defendant Sauder shall be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2.    However, if it becomes necessary for Plaintiff to bring Sauder back into the suit, or if Sauder is brought back into the suit by another party, Sauder agrees that it will not assert the statute of limitations as a defense against Plaintiffs' claims except to the extent that such a defense could have been asserted on the day in which the suit was originally brought or Sauder was originally named as party in this suit, whichever is later.

3.    This agreement extends only to the time during which this suit is an existing and viable action.  Once this suit has been

*STIPULATED ORDER OF DISMISSAL OF CLAIMS AGAINST*
*SAUDER INTERNATIONAL, INC.*                    **PAGE 1**
*/usr/michelle/eg.orders/20028dismissal*



finally disposed of, either by way of judgment, dismissal, non-suit, or otherwise, Sauder shall then be entitled to assert its defense of statute of limitations.

4.   The attorneys' signatures evidence their intent that this document shall serve as an enforceable agreement.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 26
Brownsville, Texas    78520
Telephone:   (210) 542-5666
Telecopier:  (210) 542-0016

By _____
        Jeffrey D. Roerig
        State Bar No. 17161700
        Federal I.D. No. 1503

ATTORNEY FOR DEFENDANT
SAUDER INTERNATIONAL, INC.

JAMISON LEGAL CENTER
1001 Texas Avenue, Suite 405
Houston, Texas 77002
Telephone:   (713) 222-9987
Telecopier:  (713) 224-6604

By _____
        Bruce L. Jamison
        State Bar No. 10561500

ATTORNEY FOR PLAINTIFFS

So Ordered:

_____
United States District Judge
Dated: _February 11_ , 19 97