UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

Oct 28  3:10 PM '98

CLE...          ...T
WES...          ...XAS

BY ........          ...UTY

| | | |
|---|---|---|
| REBECCA GARCIA, Individually, and as next friend of Stephanie Renee Garcia, et al., Plaintiffs, | § § § § § § § § § | |
| v. | § § | CIVIL ACTION NO. SA-96-CA-1079-OG |
| CONOCO, INC., et al., Defendants. | § § | |

## NOTICE OF APPEAL

Notice is hereby given that REBECCA GARCIA, Individually, and as next friend of Stephanie Renee Garcia, et al., plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 30th day of September, 1998.

Respectfully submitted,

JAMISON & ASSOCIATES


Bruce L. Jamison
SBOT:  10561500
1001 Texas Ave., Suite 1400
Houston, Texas  77002
(713) 222-2756
(713) 222-8534 (FAX)



<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing has been sent via first class mail to the following parties of record on this the 26 day of October, 1998:

John R. Breihan
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
919 Congress Avenue, Suite 1300
Austin, Texas  78701

Leo C. Salzman
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

Paul J. Franzetti
SINEX & STEPHENSON
2323 S. Shepherd, 14th Floor
Houston, Texas   77019

Eduardo Rodriguez
RODRIGUEZ, COLVIN
& CHANEY, L.L.P.
P.O. Box 2155
Brownsville, Texas  78522

Reese L. Harrison, Jr.
OPPENHEIMER, BLAND,
HARRISON & TATE, INC.
711 Navarro, Suite 600
San Antonio, Texas 78205

Robert G. Newman
FULBRIGHT & JAWORSKI, L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas  78205

B. Thomas Cook
BRACEWELL & PATTERSON, L.L.P.
South Tower Pennzoil Place
711 Louisiana, Suite 2900
Houston, Texas  7002-2781

J. Frank Onion, III
WHEATLEY & ONION, L.L.P.
1200 Frost Bank Tower
1000 West Houston Street
San Antonio, Texas   78205

Reynaldo G. Garza, Jr.
GARZA & GARZA, L.L.P.
680 E. St. Charles, Suite 300
Brownsville, Texas 78520

W.W. McNeal
McNEAL, GARNER & LIPPE, P.L.L.C.
P.O. Box 1259
Lockhart, Texas 78644

Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas  78520

Stanley W. Curry, Jr.
CANTERBURY, STUBER, PRATT,
ELDER & GOOCH, P.C.
Centre Plaza, Suite 600
45 N.E. Loop 410
San Antonio, Texas   78216

Timothy S. Perkins
SMITH, UNDERWOOD & PERKINS
Two Lincoln Centre
5420 LBJ Freeway, Suite 600
Dallas, Texas   75240

Gary R. Gurwitz
Morris Atlas
ATLAS & HALL, L.L.P.
P.O. Drawer 3725
McAllen, Texas   78502-3725

Laurence K. Gustafson
HAYNES AND BOONE, L.L.P.
3100 NationsBank Plaza
901 Main Street
Dallas, Texas   75202-3789

Kenneth L. Clark, Sr.
CLARK & GONZALEZ
105 S. St. Mary's, Suite 1420
San Antonio, Texas  78205

John C. Holmgreen, Jr.
GARY,   THOMASSON,   HALL   &
MARKS
P.O. Box 2888
Corpus Christi, Texas  78403

Robert J. Kuhn
KUHN, DOYLE & KUHN, P.C.
603 West 8th Street
Austin, Texas  78701

Bruce L. Jamison